UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES of AMERICA, | Criminal Action No. 15-50 (SRC) |
| Plaintiff, | |
| v. | OPINION & ORDER |
| RALPH K. MESSO, | |
| Defendant. | |

**CHESLER, District Judge**

This matter comes before the Court on the motion for early termination of supervised release by Defendant Ralph K. Messo ("Messo"). For the reasons stated below, the motion will be granted.

On May 10, 2018, Messo was sentenced to a 24-month term of imprisonment and a two-year term of supervised release. Messo was released from the custody of the Federal Bureau of Prisons on February 25, 2020. Messo has now served one year of his two-year term of supervised release and moves for early termination of supervised release. Messo contends that he has been an exemplary supervisee and asks for early termination to facilitate his search for employment. The Government takes no position on the application. The Department of Probation concluded that Messo meets Probation's internal guidelines for early termination of supervised release.

The relevant statutory provision, 18 U.S.C. § 3583(e), states:

The court may, after considering the factors set forth in section 3553 (a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) –

(1) terminate a term of supervised release and discharge the defendant released at

any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

This Court has considered the factors stated in 18 U.S.C. § 3553 and concludes that early termination of supervised release is warranted by the conduct of Defendant and is in the interest of justice.   The motion for early termination of supervised release will be granted.

For these reasons,

**IT IS** on this 9th day of March, 2021,

**ORDERED** that Defendant's motion for early termination of supervised release (Docket Entry No. 23) is **GRANTED.**

    s/ Stanley R. Chesler
Stanley R. Chesler, U.S.D.J